UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADAR NADARI,<br><br>           Petitioner,<br><br>   v.<br><br>PAMELA BONDI, et al.,<br><br>           Respondents. | No. 2:25-cv-07893-JLS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Claim Three of the Petition (Pet. at 10) is granted;
3. Petitioner Nadar Nadari shall be released from immigration detention subject to reasonable conditions within three business days of this Order;
4. Claims One, Two, and Four of the Petition are denied as moot in light of the relief granted on Claim Three;

5. Claim Five of the Petition is denied without prejudice; and

6. Judgment will be entered consistent with this Order.

DATED: December 12, 2025

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2