JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADAR NADARI<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI, et al,<br><br>　　　　Respondents. | No. 2:25-cv-07893-JLS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED AND ORDERED AS FOLLOWS:

1. Claim Three of the Petition (Pet. at 10) is granted;

2. Petitioner Nadar Nadari shall be released from immigration detention subject to reasonable conditions within three business days of this Judgment;

3. Claims One, Two, and Four of the Petition are denied as moot in light of the relief granted on Claim Three.

4. Claim Five of the Petition is denied without prejudice.

DATED: December 12, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE